# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 04-405V
### (Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
MARCIE BROOK and,                   *
ALAN BROOK, parents                 *
of NB, a minor,                     *
                                    *
              Petitioners,          *
                                    *     Filed:  July 2, 2015
        v.                          *
                                    *     Decision on Attorneys'
SECRETARY OF HEALTH AND             *     Fees and Costs
HUMAN SERVICES                      *
                                    *
              Respondent.           *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

**DECISION (ATTORNEY FEES AND COSTS)**

In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on May 14, 2015. On July 1, 2015, the parties filed a joint stipulation of facts regarding attorneys' fees and costs in this matter. The parties' stipulation requests a total payment of $91,366.23, representing attorneys' fees and costs of $90,000.00, and $1,366.23 of costs expended by Petitioners.

An award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

- a lump sum of $90,000.00, in the form of a check payable jointly to Petitioners and Petitioners' counsel, Clifford Shoemaker, on account of services performed by counsel's law firm.

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2012).

- a lump sum of $1,366.23, in the form of a check payable to Petitioners, which represents Petitioners' own litigation expenses in this case.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.